In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00227-CV

_____

PATRICIA ANN POWERS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 12-05-05314 CV

**MEMORANDUM OPINION**

On February 27, 2013, the trial court signed an order denying a petition for expunction filed by Patricia Ann Powers. A notice of appeal that Powers mailed on May 10, 2013, was received by the trial court clerk on May 13, 2013. We questioned our jurisdiction and the parties filed responses. In her response to this Court's first inquiry, Powers stated that she was "notified on April 5, 2013." We notified Powers a motion requesting a hearing for an order extending the time to perfect appeal due to late notice of judgment must be directed to the trial court, but

1

she has not shown that she followed procedure for obtaining an order finding the notice date. *See* Tex. R. Civ. P. 306a (4), (5); Tex. R. App. P. 4.2 (b). Although we also provided an opportunity to file an amended notice of appeal, Powers has not sought a restricted appeal. *See* Tex. R. App. P. 25.2 (d) (7).

Notice of appeal was due on April 1, 2013. *See* Tex. R. App. P. 26.1. The appellant has not shown that she perfected appeal within the time for which we may grant an extension of time to perfect appeal. *See* Tex. R. App. P. 26.3. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3 (a).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered September 5, 2013
Before McKeithen, C.J., Gaultney and Horton, JJ.